THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL TIMOTHY LANGFORD.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY RILEY.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HELEN A. HERRICK v. N. JORDAN, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERNARD FLIASHNICK v. ELIAS GOODMAN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELIZABETH RYAN v. FREDERICK L. CRANFORD — CHARLES H. LOCHER, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

A. M. FOSTER & CO., INC., v. CENTRAL MERCANTILE BANK AND TRUST COMPANY.— Application denied, with ten dollars costs and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM HENRY YOUNG, JR., v. GERTRUDE A. FORMAN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AVON AUTO FINANCE CORPORATION v. JOSEPH SALERNO & CO., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

I. VAL WOLFSOHN v. POLO REALTY CO., INC., Impleaded with the STUYVESANT INSURANCE COMPANY OF THE CITY OF NEW YORK.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ETHEL MEYER v. LEO KERSCHBAUM.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL HASELNUS and BENJAMIN FEIERSTEIN v. B. PETER CERUSSI.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN L. SPERLING v. BERWOR REALTY CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DANIEL T. CLARK v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FAR ROCKAWAY PLUMBING CO., INC., v. EMILY L. HOFFBAUER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS AUSTEIN and Another v. PETER DOELGER BREWING COMPANY. LOUIS AUSTEIN v. PETER DOELGER BREWING COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.